# United States Court of Appeals
## For the First Circuit

---

No. 23-1705

IN RE: JUAN J. GUALLINI-INDIJ; RAQUEL MEDINA-RAMPOLLA,

Debtors, Appellants,

v.

BANCO POPULAR DE PUERTO RICO,

Appellee.

---

**ERRATA SHEET**

The opinion of this Court, issued on March 4, 2026, is amended as follows:

On page 30, line 10, please amend the quoted language to read, "a motion to withdraw" instead of "a motion for withdraw"

On page 31, line 17, please replace the word "un-timeliness" with the word "untimeliness"